```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>     -v-<br><br>ANTHONY BOYD,<br><br>          Defendant. | 09-cr-347 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

The Court has received a letter from the defendant Anthony Boyd, dated March 5, 2022. Boyd states that he has combat experience from the Gulf War as a crewman on a battle tank, and he requests temporary release from prison to volunteer and "fight with the international fighters helping to repel the Russian military" from Ukraine. ECF 69. The Court construes this letter as a pro se motion for relief.

While the Court admires Boyd's willingness to volunteer, it lacks the authority to grant the relief requested. Accordingly, Boyd's pro se motion is denied.

SO ORDERED.

New York, NY
March 14, 2022

_____
JED S. RAKOFF, U.S.D.J.

1