UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES<br><br>-v-<br><br>ANTHONY BOYD,<br><br>Defendant | 09-cr-347 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

   Defendant Anthony Boyd has filed a pro se motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A)(i) requesting a sentence reduction so that he may join soldiers fighting on behalf of Ukraine against Russia. (Dkt. 71.) He previously requested and the Court has previously denied the same relief, although he did not at that time style his motion as one for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A)(i). *See* Motion (Dkt. 69); Order (Dkt. 70).

   While the Court continues to acknowledge Boyd's apparent willingness to volunteer, it cannot conclude that such willingness constitutes "extraordinary and compelling reasons warrant[ing]" a sentence reduction under 18 U.S.C. § 3582(c)(1)(A)(i). As such, Boyd's motion is denied.

   SO ORDERED.

New York, NY
September 30, 2022

_____
JED S. RAKOFF, U.S.D.J.

1